JAMES ARNESS WALKER
127 DAN GEORGE RD
MENDENHALL, MS 39114


THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236


SPEEDY CASH
3611 N. RIDGE RD.
WICHITA, KS 67205


TRUSTMARK
PO BOX 23072
JACKSON, MS 39225-3072


VANDERBILT MORTGAGE
ATTN: BANKRUPTCY
PO BOX 9800
MARYVILLE, TN 37802