UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  
JAMES ARNESS WALKER  
127 Dan George Rd  
Mendenhall, MS  39114

CHAPTER 13 PROCEEDING:  
25-03179 KMS

## MOTION TO INCREASE PLAN PAYMENT

THAT THE SUM PROPOSED TO BE PAID as a Plan Payment by the Debtor is insufficient to complete the payment of the Plan in the originally scheduled number of months proposed by the Debtor for the following reason:  the mortgage arrearage claim is more than provided for in the plan. Additionally, the mortgage payment increased effective February 2026.

WHEREFORE, TRUSTEE MOVES THE COURT to increase the Debtor's Plan Payment to the sum of $1,125.08 per month beginning with the month of April 14, 2026.

RESPECTFULLY SUBMITTED:  March 02, 2026

/s/  DAVID RAWLINGS  
DAVID RAWLINGS, TRUSTEE  
P.O. BOX 566  
HATTIESBURG, MS  39403

## CERTIFICATE OF SERVICE

I, DAVID RAWLINGS, do hereby certify that I have forwarded a true and correct copy of the foregoing Motion to Debtor, Debtor's Attorney and to the U.S. Trustee at the addresses listed below by placing a copy of same in the United States Mail with postage prepaid on this day,  March 02, 2026.

DEBTOR:

JAMES ARNESS WALKER  
127 Dan George Rd  
Mendenhall, MS  39114

ATTORNEY FOR DEBTOR:

THOMAS C. ROLLINS, JR  
P O Box 13767  
Jackson, MS  39236

U.S. TRUSTEE:

501 East Court Street  
Suite 6-430  
Jackson, MS  39201

/s/  DAVID RAWLINGS  
DAVID RAWLINGS, TRUSTEE