UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                      CHAPTER 13 PROCEEDING:
JAMES ARNESS WALKER                                         25-03179 KMS
127 Dan George Rd
Mendenhall, MS 39114

## NOTICE OF MOTION TO INCREASE PLAN PAYMENT

TAKE NOTICE THAT the below-named Trustee has filed a Motion to Increase Debtor's Plan payment and that responses, if any, must be mailed to the Clerk of the United States Bankruptcy Court, 2012 15th Street, Suite 244, Gulfport, MS 39501 with a copy to the United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201 and a copy to the undersigned Chapter 13 Standing Trustee within twenty-one (21) days of the date of this Notice. If no response is filed, then the Court may enter an Order hereon without further hearing on the Motion.

SO NOTICED ON THIS DAY:  March 02, 2026

/s/  DAVID RAWLINGS

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403

## CERTIFICATE OF SERVICE

I, DAVID RAWLINGS, do hereby certify that I have forwarded a true and correct copy of the foregoing Motion and Notice of Motion to Debtor, Debtor's Attorney and to the U.S. Trustee at the addresses listed below by placing a copy of same in the United States Mail with postage prepaid on this day,  March 02, 2026.

DEBTOR:

JAMES ARNESS WALKER
127 Dan George Rd
Mendenhall, MS 39114

ATTORNEY FOR DEBTOR:                    U.S. TRUSTEE:

THOMAS C. ROLLINS, JR                   501 East Court Street
P O Box 13767                           Suite 6-430
Jackson, MS 39236                       Jackson, MS 39201

/s/  DAVID RAWLINGS

DAVID RAWLINGS, TRUSTEE